UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TCA S.R.L.

                Plaintiff,

-v-

KENRICK Y CIA SA, KENRICK AGENCIA
MARITIMA Y PORTUARIA LTDA., and
ULTRAMAR AGENCIA MARITIMA LTDA.,

                Defendants.
------------------------------------------------------------x

07 CIV 8752

**STATEMENT PURSUANT TO F.R.C.P 7.1**


RECEIVED OCT 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, TCA S.R.L., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       October 9, 2007

                                        CHALOS, O'CONNOR & DUFFY, L.L.P.
                                        Attorneys for Plaintiff
                                        TCA S.R.L.

                By: _____
                          George M. Chalos (GC-8693)
                          366 Main Street
                          Port Washington, New York 11050
                          Tel: (516) 767-3600
                          Fax: (516) 767-3605
                          Email: gmc@codus-law.com