```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

TCA S.R.L.,

                     Plaintiff,

     -against-                               07 Civ. 8752 (RJH)

                                             **ORDER**

KENRICK Y CIA SA, et al.,

                     Defendants.

-------------------------------------------------------

       By Order dated October 10, 2007, the Court granted the application of plaintiff TCA S.R.L. authorizing a Maritime Attachment and Garnishment as to defendants herein. A review of the Docket Sheet for the action indicates no further entry in the public file, except for submissions by the non-party garnishee The Bank of Tokyo-Mitsubishi UFJ, Ltd., New York Branch. There have been no proceedings and no correspondence with the Court from the parties since the entry of the Attachment and Garnishment Order. Accordingly, it is hereby:

       **ORDERED** that plaintiff inform the Court by June 2, 2008, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket or dismissed; and it is further

       **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
          May 1, 2008

                                                             Richard J. Holwell
                                                           United States District Judge