UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TCA S.R.L.,

                        Plaintiff,                    07 CV 8752 (RJH)

-v-

KENRICK Y CIA SA, KENRICK AGENCIA
MARITIMA Y PORTUARIA LTDA., and
ULTRAMAR AGENCIA MARITIMA LTDA.,

                        Defendants.
------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, TCA S.R.L., formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

    Chalos & Co, P.C.
    123 South Street
    Oyster Bay, NY 11771
    Tel: + 1 516 714 4300
    Fax: +1 866 702 4577
    Email: gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       September 8, 2008

                                          s/George M. Chalos
                                          CHALOS & CO, P.C.
                                          123 South Street
                                          Oyster Bay, NY 11771
                                          Ph:    516-714 4300
                                          Fax:   866-702-4577
                                          Email: gmc@chaloslaw.com