UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
TCA S.R.L.,                                          07 CV 8752 (RJH)
                   *Plaintiff*,
v.

KENRICK Y CIA SA, KENRICK AGENCIA
MARITIMA Y PORTUARIA LTDA., and
ULTRAMAR AGENCIA MARITIMA LTDA.,
                   *Defendants*.
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NASSAU     )

George M. Chalos, being duly sworn, deposes and says:

1. That I am the principal of Chalos & Co, P.C., and lead counsel of record for Plaintiff herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Plainview, New York.

3. That on October 18, 2007, I served the Summons, Verified Complaint, Order for Issuance of Process of Maritime Attachment, Process of Maritime Attachment and Notice of Attachment and on April 18, 2008, I served a Supplemental Notice of Attachment upon:

Kenrick Y Cia SA                         Kenrick Agencia Maritima Y Porturia Ltda.
Monedo 970, 14th Floor              El Bosque Norta Avenue 500, 16th Floor
Santiago                                 Las Condes, Santiago
Chile                                    Chile

Ultramar Agencia Maritima Ltda.
El Bosque Norta Avenue 500, 18th Floor
Las Condes, Santiago
Chile

by sending a true copy of the above-listed by DHL Courier parcel directed to the above-mentioned parties at the above-listed addresses, that these being the addresses designated by these defendants for the purpose of receiving proceeding papers, the place where they then kept an office, and where there then was regular communication by mail.

Sworn to before me this
8th day of September 2008

_LeRoy S. Corsa_                         _George M. Chalos_

LEROY S. CORSA
Notary Public, State of New York
No. 4807155
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Sept. 30, 20__